AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of

One 1998 Ford Expedition,
and all attachments thereto,
VIN: 1FMRU18W9WLC45568,
registered to Dale Kevin Proctor

**APPLICATION AND AFFIDAVIT
FOR SEIZURE WARRANT**

CASE NUMBER:

I, __Caroline Duvall__ being duly sworn depose and say:

I am a __Special Agent with the United States Federal Bureau of Investigation__ and have reason to believe that in within the jurisdiction of this Court, there is now certain property which is subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a), 981(b), 982 (a) and 982 (b)(1) and 28 U.S.C. § 2461 (c), namely

One 1998 Ford Expedition,
and all attachments thereto,
VIN 1FMRU18W9WLC45568,
registered to Dale Kevin Proctor

Which constitutes or is derived from proceeds traceable to a violation of
18 U.S.C. § 2314 as property, real or personal, involved in a transaction in violation of 18 U.S.C. § 2314 or a conspiracy to commit such an offense.

The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    X YES    ☐ NO

_Barry Wiegand_ (signature)
W. Barry Wiegand, AUSA
Asset Forfeiture Unit, Criminal Division
(202) 307-0299

_C Duvall_ (signature)
Caroline Duvall, Special Agent
United States Federal Bureau of Investigation
(202) 345-9695

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT

1. I, Caroline Duvall, a sworn special agent of the U.S. Federal Bureau of Investigation (FBI), first being duly sworn, do hereby aver, depose, and state as follows:

### I. ITEM TO BE SEIZED

2. I make this affidavit in support of an application for a warrant to seize an automobile, described particularly as:

> a 1998 Ford Expedition automobile, with Vehicle Identification Number (VIN) 1FMRU18W9WLC45568, titled in the name of Dale Proctor.

### II. SUMMARY OF PROBABLE CAUSE FOR SEIZURE

3. On November 12, 2007, Dale Proctor bought a 1998 Ford Expedition automobile for $1800 in Washington D.C. This vehicle, which has VIN 1FMRU18W9WLC45568, is the automobile for which I seek a seizure warrant. The automobile's purchase price has been paid in full, and the vehicle has no outstanding liens. As described below, there is probable cause to believe Dale Proctor and others have committed a string of burglaries of convenience stores in Maryland and Virginia since July 2007. In the first eleven days of November alone, three such burglaries resulted in the theft of more than $45,000 in cash. Further, it appears that Dale Proctor had no income from any lawful employment in 2007. Therefore, I submit that Dale Proctor transported the stolen burglary proceeds across the Maryland and Virginia state lines into the District of Columbia and then used them to buy the 1998 Ford Expedition automobile on November 12, 2007. That makes the Ford Expedition automobile traceable to the proceeds of the crime of interstate transport of stolen property. The interstate transport of stolen property worth more than $5000 is a criminal violation of 18 U.S.C. § 2314. The proceeds of such a crime are subject to seizure, pursuant to both the statute authorizing forfeiture by civil process and that authorizing forfeiture after conviction of a criminal offense, respectively, 18 U.S.C. §§ 981 & 982. More specific citations to the laws on the

seizure and forfeiture of this vehicle appear later in this affidavit.

### III. AFFIANT'S EXPERIENCE

4.      I am a Special Agent employed by the Federal Bureau of Investigation ("FBI"). I have been so employed for two years. Currently, I am assigned to the asset forfeiture/money-laundering squad in the FBI's Washington Field Office in Washington, D.C. My assignment includes investigating what assets can be forfeited because of crimes involving money-laundering, mail fraud, wire fraud, bank fraud, and health care fraud. I have been trained in investigating advanced money-laundering schemes and complex unlawful financial manipulations. I also was a state prosecutor. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

5.      Because I make this affidavit only to show probable cause to seize the 1998 Ford Expedition, I have not included in it everything I know about the facts that make it subject to seizure. What is in this affidavit, I learned either through personal knowledge and investigation, or by reading documents and speaking to other law enforcement officers. In preparing this affidavit, I received information from FBI Agent James Myrick, who now is assigned to investigate the interstate transportation of stolen property and who worked on the case involving Dale Proctor. I also have received information from several Maryland police officers who investigated these crimes.

### IV. BURGLARIES AND THEFTS INVOLVING DALE PROCTOR

6.      Since at least July 2007, federal and state police agents in Maryland and Virginia have investigated more than 25 similar convenience store burglaries, some of which have entailed the theft of automated teller machines ("ATMs"), which the burglars physically yanked out of the stores and took away with them. During these crimes, the thieves have taken more than $60,000 in cash.

7. These crimes have an unusual *modus operandi*. In nearly every one, the burglars stole a motor vehicle, often a pick-up truck or a work van, from near a target business, usually a convenience store. The burglars drove the stolen vehicle to their target store, where they commonly broke holes in the wall to get inside. Once in the store, the burglars took money from the cash registers or safes and, eventually, they dislodged the store's ATM machine, if it had one.

8. In later instances, the thieves drove the stolen vehicle into the target store's exterior, breaching the wall or smashing the door or window. After doing so, the burglars took any accessible cash and yanked out an inside ATM, which they carried away in the stolen vehicle. Pictures from cameras show that the burglars concealed their looks by wearing a balaclava or ski mask, gloves, camouflage coats, and hooded sweatshirts.

9. On September 8, 2007, burglars stole seven firearms from the Gainesboro Market in Winchester, Virginia. The thieves broke through the store's outer wall, taking four shotguns, two rifles, and a pistol. I know additional information about the stolen guns but have not included it here deliberately, as I also have similarly omitted certain identifying details about other matters described in the rest of this affidavit.

10. Similarly, on October 1, 2007, a High's convenience store in Howard County, Maryland, was burgled. Using a stolen Chevrolet pick-up truck, the thieves took away the ATM machine from the High's store. On the same morning, police found the stolen pick-up about five miles from the High's store. Damage to the pick-up truck was uniquely consistent with that done to the store, and the vehicle was missing its Garmin "GPS" device.

11. On November 3, 2007, shortly after 2:00 in the morning, police went to the Town and Country Liquor store in Prince Frederick, Maryland, which is in Calvert County. Sheriff's deputies

found that the front door had been opened forcibly and that the cash register and other property were missing. A deputy saw a silver Ford Crown Victoria speeding from the scene. Police stopped the car. Inside the car were: (1) Dale Proctor – the car's driver and registered owner – who lives at a specific address in the 3500 block of Jay Street, N.E., in Washington, D.C.; (2) Bobby Lee Proctor; and (3) Rico Andre Proctor. All three men are related. Dale Proctor has a history of arrests for crimes dating to 1986, many of which involved burglary-type charges. Bobby Lee Proctor and Rico Andre Proctor also have records of arrests for burglary and other crimes.

12. After the liquor store burglary on November 3, 2007, police searched Dale Proctor's 1999 Ford Crown Victoria. In it, police found ski masks, gloves, a sweatshirt, boots, a splitting maul, a flashlight, and a Garmin "GPS" unit. This Garmin "GPS" unit had been removed from the Chevy pickup truck used in the High's store burglary in Howard County, Maryland, on October 1, 2007. Police also found a piece of paper in Dale Proctor's possession, which described three guns in a way consistent with three of the firearms stolen from the Gainesboro Market in Virginia on September 8, 2007.

13. Other police reports of burglaries with the same *modus operandi* show that:

(1) on November 05, 2007, $600 was stolen from a Golden Corral Restaurant in Frederick Maryland.

(2) on November 07, 2007, a High's Convenience Store on Sandymount Road in Finksburg, Maryland, was burgled by forcible entry through the front door. The thieves stole $16,760 by removing an entire ATM machine from the store.

(3) on November 11, 2007, from a High's Convenience Store on Joseph Biggs Highway in Maryland, burglars stole $30,000 by removing an entire ATM machine.

14. On December 12, 2007, Maryland State Police officers came to suspect that Dale Proctor's Ford Crown Victoria was about to be used in a burglary near the Maryland-Pennsylvania border.

At about 1:30 a.m., police found that a burglary had taken place at a Rutters Store in Glen Rock, Pennsylvania, with the thieves apparently using a stolen Pennsylvania state government truck to crash into the store's front. But, being unable to remove the ATM from the store, the burglars left the scene in the stolen Pennsylvania government vehicle. Eventually, Pennsylvania police officers chased the stolen Pennsylvania government truck into Freeland, Maryland, but then lost track of it.

15. At about the same time, however, Maryland police officers found Dale Proctor's Ford Crown Victoria car in Freeland, Maryland, where it was unattended and not far from where police had been chasing the Pennsylvania government truck. A short time later, police arrested Dale Proctor and Andre Rico Proctor as they tried to get into the Dale Proctor's Crown Victoria car. Police arrested Bobby Lee Proctor on December 13, 2007.

16. Since his arrest, one of the Proctors has said that Dale Proctor was the "leader" of the burglary ring. According to this information, Dale Proctor planned the burglaries and recruited the participants. On December 14, 2007, law enforcement agents searched Dale Proctor's residence on Jay Street, N.E., Washington, D.C. In it, the agents found three guns similar to those stolen on September 8, 2007, from the Gainesboro Market in Winchester, Virginia.

17. While investigating the burglaries described in this affidavit, law enforcement agents have learned that, on November 12, 2007, Dale Proctor bought a 1998 Ford Expedition automobile for $1800 from a business located in the 1200 block of Bladensburg Road, N.E., in Washington D.C. The Ford Expedition that Dale Proctor bought has VIN 1FMRU18W9WLC45568. The vehicle's purchase price has been paid in full, and the vehicle has no outstanding liens against it.

18. Employment inquiries about Dale Proctor with respect to all fifty states reported no record of employment and no record of earnings. I conclude that Dale Proctor had no lawful source of

income to pay to buy the 1998 Ford Expedition. Further, I respectfully submit that it is reasonable to conclude that, when buying the Ford Expedition on November 12, 2007, Dale Proctor used money stolen from either the $16,760 taken with the ATM machine from the High's Convenience Store in Finksburg, Maryland, on November 07, 2007, or the $30,000 taken with the ATM machine from the High's convenience Store on Joseph Biggs Highway in Maryland on November 11, 2007. To buy the Ford Expedition in Washington, D.C., Dale Proctor had to transport the stolen money across the line between Maryland and the District of Columbia. Because Dale Proctor also lived at an address in the District of Columbia, it is even more certain that the stolen money was transported across state lines, and that it most likely exceeded $5,000.

19.  I am applying for this warrant under the laws authorizing forfeiture by both civil and criminal processes. In the law authorizing civil forfeiture, 18 U.S.C. § 981(a)(1)(C), property is subject to forfeiture to the United States if it constitutes or is derived from proceeds traceable to any offense constituting a "specified unlawful activity." Under 18 U.S.C. §§ 1956(c)(7)(A) & 1961(1), a specified unlawful activity includes a violation of 18 U.S.C. §§ 2314 and 2315 (relating to interstate transportation of stolen property). Further, in the event of a criminal conviction, forfeiture of the proceeds of a violation of 18 U.S.C. § 2314 must be imposed as part of the sentence for the conviction, pursuant to 28 U.S.C. § 2461(c). The issuance of a warrant to seize property subject to civil forfeiture is authorized under 18 U.S.C. § 981(b). Similarly, 18 U.S.C. § 982(b) and 21 U.S.C. § 853(f), taken together, authorize the issuance of a warrant to seize property subject to forfeiture as part of the sentence for a criminal conviction.

20.  Therefore, I respectfully pray that this Court issue a warrant to seize a 1998 Ford Expedition automobile, with VIN 1FMRU18W9WLC45568, titled in the name of Dale Proctor.

FURTHER THAN THIS, affiant sayeth not.

_____
Caroline Duvall
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this \_\_\_\_\_ day of December, 2007.

_____
United States Magistrate Judge