AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of

One 1998 Ford Expedition,
and all attachments thereto,
VIN: 1FMRU18W9WLC45568,
registered to Dale Kevin Proctor

**SEIZURE WARRANT**

CASE NUMBER: 07-677-M-01

TO:   Caroline Duvall, FBI   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Special Agent Caroline Duvall   who has reason to believe that within the jurisdiction of this Court, there is now certain property which is subject to seizure and forfeiture to the United States, namely

One 1998 Ford Expedition,
and all attachments thereto,
VIN 1FMRU18W9WLC45568,
registered to Dale Kevin Proctor

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

DEC 28 2007

Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

at Washington, D. C.

_[signature]_

Name and Title of Judicial Officer

Signature of Judicial Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12/28/2007 | 12/31/2007 | Andrien Daniels, girlfriend to Dale Proctor |

INVENTORY MADE IN THE PRESENCE OF   Special Agent James Myrick

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

One 1998 Ford Expedition Automobile
VIN 1FMRU18W9WLC45565

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

X _____CpDuvall_____

**FILED**
JAN 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____Joe M. Faccia_____        1/02/08
U.S Judge or U.S. Magistrate Judge             Date